*Benedict & Phelps*, for appellants.
*John L. Jerome*, for appellees.

———— ►●◄ ————

## DAVIS *v.* EXCELSIOR CO.

(*Supreme Court of Colorado, May 15, 1884. Error to the County Court of Arapahoe County.*)

PRORATE IN ATTACHMENT. (See opinion in *Daniels* v. *Lewis, ante*, p. 649.)

*Per Curiam.* This case involves the same question as that considered and decided in the foregoing case of *Daniels* v. *Lewis*, viz.: whether the prorate provisions of section 116 of the Code of Civil Procedure, for the distribution of the proceeds in attachment cases, are operative under the Code system of practice; and for the reasons expressed in the opinion in the said case of *Daniels* v. *Lewis*, the judgment of the Court below in this case will be affirmed.

*Judgment affirmed.*

*France & Rogers*, for plaintiff in error.
*W. W. Cover*, for defendant in error.